| | |
|---|---|
| JAMES C. YOON, SBN 177155<br>jyoon@wsgr.com<br>STEVEN S. BAIK, SBN 184622<br>sbaik@wsgr.com<br>BART E. VOLKMER, SBN 223732<br>bvolkmer@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>Attorneys for Defendant<br>SanDisk Corporation | JOHN C. ALTMILLER (*pro hac vice*)<br>PHILIP J. McCABE (Bar No. 201092)<br>FRANK L. BERNSTEIN (Bar No. 189504)<br>KENYON & KENYON<br>333 West San Carlos Street, Suite 600<br>San Jose, California 95110<br>Telephone: (408) 975-7500<br>Facsimile: (408) 975-7501<br><br>CARL I. BRUNDIDGE (*pro hac vice*)<br>FREDERICK D. BAILEY (*pro hac vice*)<br>MATTINGLY, STANGER & MALUR, P.C.<br>1800 Diagonal Road, Suite 370<br>Alexandria, Virginia 22314<br>Telephone: (703) 684-1120<br>Facsimile: (703) 684-1157<br><br>Attorneys for Plaintiff<br>Renesas Technology Corp. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>          Plaintiff,<br><br>     v.<br><br>SANDISK CORPORATION,<br><br>          Defendant. | CASE NO.: C04-01165 JF<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Renesas Technology Corp. and Defendant SanDisk Corporation that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the terms of the parties' settlement agreement, the above-captioned action,

1  including all claims, counterclaims, and affirmative defenses thereto, of whatever kind or nature
2  whatsoever, are dismissed with prejudice. The parties shall bear their own respective costs and
3  attorney's fees. The parties agree and hereby stipulate that the Decision on Preliminary Motions
4  of the Board of Patent Appeals and Interferences dated April 18, 2003 in Interference No.
5  104,760 will be the final determination with respect to ownership of the interference count.

Dated:  July 14, 2005                         WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation


                                              By:            /s/
                                                         James C. Yoon

                                              Attorneys for Defendant SANDISK
                                              CORPORATION


Dated:  July 14, 2005                         KENYON & KENYON


                                              By:            /s/
                                                        Frank L. Bernstein

                                              Attorneys for Plaintiff RENESAS TECHNOLOGY
                                              CORP.

**ECF CERTIFICATION**

I, James C. Yoon, am the ECF User whose identification and password are being used to file this ADR Certification. In compliance with General Order 45.X.B, I hereby attest that Frank L. Bernstein has concurred in this filing.

Dated: July 14, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:           /s/
        James C. Yoon

Attorneys for Defendant SANDISK CORPORATION

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The above-captioned action, including all claims, counterclaims, and affirmative defenses thereto, of whatever kind or nature whatsoever, are dismissed with prejudice. The parties shall bear their own respective costs and attorney's fees. The Decision on Preliminary Motions of the Board of Patent Appeals and Interferences dated April 18, 2003 in Interference No. 104,760 will be the final determination with respect to ownership of the interference count.

Dated: 7/19/05

/s/electronic signature authorized

The Honorable Jeremy Fogel
United States District Judge